_Silfredo Ali_
(Petitioner)

_Thomas F. Reilly, Attorney General/Massachusetts_
(Respondent(s))

DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

04-30005-KPN   U.S. DISTRICT COURT
DISTRICT OF MASS

I, _Silfredo Ali_, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

Are you presently employed?   Yes ___   No _X_

a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer.

_NONE_

b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received.

Have you received, within the past twelve months, any money from any of the following sources?

a. Business, profession or form of self-employment?   Yes ___   No _X_
b. Rent payments, interest or dividends?   Yes ___   No _X_
c. Pensions, annuities or life insurance payments?   Yes ___   No _X_
d. Gifts or inheritances?   Yes ___   No _X_
e. Any other sources?   Yes ___   No _X_

If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months.

Do you own any cash, or do you have money in a checking or savings account?   Yes _✓_   No ___
(Include any funds in prison accounts) _Institution of Account: Prison Account $200.00_

If the answer is yes, state the total value of the items owned. _$200.00 Two Hundred dollars Prison Saving Account_

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?   Yes ___   No _X_

If the answer is yes, describe the property and state its approximate value. _NONE_

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. **None**

_N/A_

I, declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct. Executed on **12-8-03**
(Date)

_____
Signature of Petitioner

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $ _____ on account to his credit at _____ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said _____ institution:

_____
_____
_____

TED _____

_____
Authorized Officer of Institution

_____
Title of Officer

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY
7-96 RK