# Commonwealth of Massachusetts

Appeals Court for the Commonwealth

At Boston,

In the case no. 01-P-1098

COMMONWEALTH

vs.

~~CLEBIS LEBRON (and two companion cases).~~

Pending in the Superior

Court for the County of Hampden

    Ordered, that the following entry be made in the docket:

                                           Judgments affirmed.

By the Court,

_Ashley Ahearn_, Clerk

**NOTE:**
The original of the within rescript will issue in due course, pursuant to M.R.A.P.23
APPEALS COURT

Date __December 23, 2002.__

# SEARCH WARRANT

G.L. c. 276, §§ 1-7

**TRIAL COURT OF MASSACHUSETTS**

District _____ COURT DEPARTMENT

Springfield _____ DIVISION

SEARCH WARRANT DOCKET NUMBER

---

**TO THE SHERIFFS OF OUR SEVERAL COUNTIES OR THEIR DEPUTIES, ANY STATE POLICE OFFICER, OR ANY CONSTABLE OR POLICE OFFICER OF ANY CITY OR TOWN, WITHIN OUR COMMONWEALTH:**

Proof by affidavit, which is hereby incorporated by reference, has been made this day and I find that there is **PROBABLE CAUSE** to believe that the property described below:

- [ ] has been stolen, embezzled, or obtained by false pretenses.
- [x] is intended for use or has been used as the means of committing a crime.
- [x] has been concealed to prevent a crime from being discovered.
- [x] is unlawfully possessed or concealed for an unlawful purpose.
- [x] is evidence of a crime or is evidence of criminal activity.
- [ ] other (specify) _____

**YOU ARE THEREFORE COMMANDED** within a reasonable time and in no event later than seven days from the issuance of this search warrant to search for the following property:

Cocaine a Cl. B substance as defined in Chapter 94C of the Ma. General Laws, all drug paraphernalia used the packaging, sale and distribution of narcotics, all monies, as represented by cash, bankbooks, safety deposit keys or other instrumentas showing the deposit of funds in a commercial banking institution, drug ledgers, and personal papers showing the true identity of those involved.

[x] at:

137/139 Orange St, 3rd floor, Springfield, Ma., which is described as the third floor apartment of a two and one half story wood framed structure tan and brown in color with the numbers 137/139 clearly marked on the front of the dwelling.

which is occupied by and/or in the possession of A Dominican male, in his early 30's, 5'5" tall, slender build, med. complexion, short black hair with a slight mustache known as "Frankie" Dominican male in his mid 30's, 5'5"-5'7"tall, dark complexion,short black hair,light mustach

[ ] on the person or in the possession of: known as "Clevy"

You [x] are [ ] are not also authorized to conduct the search at any time during the night.

You [x] are [ ] are not also authorized to enter the premises without announcement.

You [x] are [ ] are not also commanded to search any person present who may be found to have such property in his or her possession or under his or her control or to whom such property may have been delivered.

**YOU ARE FURTHER COMMANDED** if you find such property or any part thereof, to bring it, and when appropriate, the persons in whose possession it is found before the Springfield Division of the District Court Department.

DATE ISSUED: December 7th, 1998

FIRST OR ADMINISTRATIVE JUSTICE

WITNESS: Robert F. Kumor Jr.

SIGNATURE OF JUSTICE, CLERK-MAGISTRATE OR ASSISTANT CLERK
X _James Whalen_

PRINTED NAME OF JUSTICE, CLERK-MAGISTRATE OR ASSISTANT CLERK
James M. Whalen