UNITED STATES DISTRICT COURT
OF MASSACHUSETTS
WESTERN DIVISION

FILED
CLERK'S OFFICE

U.S. DISTRICT COURT
DISTRICT OF MASS

SILFREDO ALI )
    PETITIONER, )
)
)
- VS - )
) CASE NO. _____
)
COMMONWEALTH OF MASSACHUSETTS )
  THOMAS F. REILLY, ATTY.GEN., ) 04-30005-KPN
PETER O'BRIEN, SUPERINTENDENT )
NCCI-GARDNER, MASSACHUSETTS. )
    RESPONDENTS )
)

PETITIONER'S PRO SE ORDER AND MOTION FOR
APPOINTMENT OF COUNSEL

Now comes the petitioner/defendant, Silfredo Ali, in the above named captioned case, who respectfully is asking this Honorable Court to allow and grant this motion for appointment of counsel to represent this petitioner/defendant in his Writ of Habeas Corpus 28 USC 2254 for reasons set forth:

1.) The petitioner/defendant, is unable to afford representation on his behalf, please see affidavit to proceed in forma pauperis.

2.) The issues in this litigated appeals are too extremely complex and the petitioner/defendant needs a professional experienced litigator in the fields of Post-Conviction Constitutional Criminal process procedures so in order that he may have a fair appeal.

3.) The petitioner/defendant, Silfredo Ali is of a Spanish ethnic culture background and is unable to speak the English language and is certainly unable to understand any of the complexies involved the Honorable Courts terminologies to properly represent himself as a Pro Se litigator.

As for all the above facts set forth the petitioner/defendant, Silfredo Ali prayers that this Honorable Federal Court use its Supreme powers and allow the appointment of Counsel to assist him in this 28 USC 2254 as he is a layman of the laws of the United States Constitution.

Respectfully Submitted,

_____
Silfredo Ali
500 Colony Road
P.O. Box 466
Gardner, Ma. 01440

Dated on this 9Th day of December in the year of 2003.

Cc: Attorney General of
    Commonwealth of Massachusetts