**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) | B. Date of Delivery
TEN Boggs | 1-15-04

C. Signature
X _____ ☐ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:
Peter O'Brien, Superintendent
N.C.C.I. - Gardner
500 Colony Road, P.O. Box 466
Gardner MA   01440

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
7000 2870 0000 2663 1247

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952

---

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

UNITED STATES DISTRICT COURT
CLERK'S OFFICE
1550 MAIN STREET, ROOM 521
SPRINGFIELD MA 01103

U.S. DISTRICT COURT
DISTRICT OF MASS
JAN 15 P 4:16
FILED
CLERK'S OFFICE

CA 04-30005-MAP