United States District Court
For The Western District of Massachusetts

FILED

Civil Action File No.04-30005-KPN

JAN 22 A 10: 29

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| Silfredo Ali <br><br> Plaintiff <br><br> v <br><br> Thomas F.Reilly, <br> Attorney General,ET <br><br> Defendants | Petition For Writ of Habeas Corpus AD Testification Pursuant to § 28 USC § 2241 (C)(5) |

    Silfredo Ali request that this Court issue a Writ of Habeas Corpus Ad Testification requiring Superintendant John O'BRIEN to bring the plaintiff before the Court for Direct Review by the United States District Court For the Western District of Massachusetts schedual to commence on _____,

1. N.C.C.I
   P.O. BOX 466
   500 Colony RD
   Gardner, Mass
       01440

2.

The Plaintiff also request that the respondant bear cost of the implementation of the terms of this writ.

Date; 1/21/04

Name; Silfredo Ali
Address; Silfredo Ali
        N.C.C.I.Gardner
        P.O.Box 466
        Gardner,Massachusetts,01440

*/s/ Silfredo Ali*