UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SILFREDO ALI )
       Petitioner, )
)
v. ) Civil Action No. 04-30005-KPN
)
COMMONWEALTH )
  OF MASSACHUSETTS )
  ET AL., )
)
       Respondents. )

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned as counsel for the respondents in the above-captioned matter.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

*Annette C. Benedetto*
Annette C. Benedetto
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
BBO No. 037060