UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SILFREDO ALI )
    Petitioner, )
)
v. ) Civil Action No. 04-30005-KPN
)
STEVEN O'BRIEN, )
    Respondent. )

### RESPONDENT'S MOTION TO SUBSTITUTE NAME OF PRISON SUPERINTENDENT AS RESPONDENT

Pursuant to Fed. R. Civ. P. 25(d)(1) the respondent respectfully moves this Court to order the substitution of the name of the current Superintendent of North Central Correctional Institution at Gardner, Steven O'Brien, as the respondent in the above petition for writ of habeas corpus. See 28 U.S.C. § 2243 (habeas application directed to the person having custody of the person detained). The petitioner is incarcerated at NCCI where Steven O'Brien is Superintendent and the petitioner did name Mr. O'Brien as respondent in his original petition, albeit with the wrong first name. (See Petition, p. 2, Name of Respondent).

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

*Annette C. Benedetto*
Annette C. Benedetto
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
BBO No. 037060