UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SILFREDO ALI ) <br>     Petitioner, ) <br> ) <br> v. ) <br> ) <br> STEVEN O'BRIEN, ) <br> ) <br>     Respondent. ) <br> ) | Civil Action No. 04-30005-KPN |

### SUPPLEMENTAL ANSWER

Pursuant to Rule 5 of the Rules governing Section 2254 Cases, the respondent submits the following material as a supplement to his Answer:

1. Brief and Appendix for the Defendant on Appeal to the Massachusetts Appeals Court (MAC 01-P-1098)

2. Commonwealth's Memorandum of Law In Support of Its Motion For Summary Judgment (MAC 01-P-1098)

3. Memorandum and Order Pursuant to Rule 1:28 in *Commonwealth v. Lebron*, 56 Mass. App. Ct. 1116, 780 N.,E. 2d 488 (2002).

4. Application for Further Appellate Review by the Supreme Judicial Court. See *Commonwealth v. Lebron*, 438 Mass. 1109, 785 N.E. 2d 382 (2003)(Application denied.)

5. Pre-Trial Hearing and Trial Transcripts (six volumes) in Commonwealth v. Silfredo Ali and Clebis Lebron, Hampden County Superior Court, before Ford, J. and a jury: December 16, 1999; June 20, 2000; June 21, 2000; June 22, 2000; June 23, 2000; June 26, 2000.

                                        Respectfully submitted,

                                        THOMAS F. REILLY
                                        ATTORNEY GENERAL

2

*Annette C. Benedetto*
Annette C. Benedetto
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
BBO No. 037060