1

1              COMMONWEALTH    OF    MASSACHUSETTS

2

3   HAMPDEN, ss.              Superior Court Department
                              of the Trial Court
4                             Criminal Action No. 99-815 to
                              816 & 99-834

5

6

7   COMMONWEALTH OF MASSACHUSETTS

8   V.

9   SILFREDO ALI and
    CLEBIS LEBRON

10

11          HEARING HELD IN THE HAMPDEN COUNTY SUPERIOR

12      COURT, 50 State Street, Springfield,

13      Massachusetts, before Ford, J.,

14      on December 16, 1999.

15

16   APPEARANCES:

17          See Page 2

18
                                    Vicki L. Britt
19                                  Shorthand Reporter

20

21

22

23

TOWER SQUARE
1500 Main St., Suite 1514      PHILBIN & ASSOCIATES, INC.      (413) 733-4078
Springfield, MA 01115                                          Pittsfield: (413) 499-2231
                                                               FAX: (413) 734-1588

Serving the legal community of Massachusetts for over fifty years