Vol 4 of 6                    8/6/01

C O M M O N W E A L T H   O F   M A S S A C H U S E T T S

Hampden,  ss                    Dept. of the Trial Court
                                Superior Court Division
                                99-815-817
                                99-833-834

COMMONWEALTH

VS

CLEBIS LEBRON
and SILFREDO ALI

            TRIAL HELD IN HAMPDEN COUNTY SUPERIOR

        COURT, SPRINGFIELD, MASSACHUSETTS, BEFORE

        PAGE, J., AND A JURY, CONTINUING ON JUNE

        22, 2000.

APPEARANCES

DIANNE DILLON, ESQ.,        Representing the Commonwealth
ASSISTANT DISTRICT ATTORNEY

DALE E. BASS, ESQ.    Representing the Defendant Lebron

RICHARD MAGGI, ESQ.    Representing the Defendant Ali

                    Judith L. Freer
                Official Court Reporter

                                        VOLUME II