UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## <u>ORDER OF REFERENCE</u>

Check if previously referred

SILFREDO ALI
_____

V.                                      CA/CR No. ___04-30005_____

__CSX TRANSPORATION,INC.__

Criminal Category _____

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge __NEIMAN__ for the following proceedings:

(A)   [✔]   Referred for full pretrial case management, including all dispositive motions.

(B)   [ ]    Referred for full pretrial case management, <u>not</u> including dispositive motions:

(C)   [ ]    Referred for discovery purposes only.

(D)   [ ]    Referred for Report and Recommendation on:

      ( ) Motion(s) for injunctive relief
      ( ) Motion(s) for judgment on the pleadings
      ( ) Motion(s) for summary judgment
      ( ) Motion(s) to permit maintenance of a class action
      ( ) Motion(s) to suppress evidence
      ( ) Motion(s) to dismiss
      ( ) Post Conviction Proceedings [1]
      See Documents Numbered: _____

(E)   Case referred for events only.  See Doc. No(s). _____

(F)   Case referred for settlement.

(G)   Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
      ( ) In accordance with Rule 53, F.R.Civ.P.
      ( ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H)   Special Instructions: __APPOINTMENT OF COUNSEL_____

_____

9/28/2004
_____                    By: /s/Elizabeth A. French
Date                                    _____
                                        Deputy Clerk

**(OrRef for pdf.wpd - 05/2003)**

_____

[1]   See reverse side of order for instructions