CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

| 1. CIR./DIST./DIV. CODE<br>MAX | 2. PERSON REPRESENTED<br>Ali, Silfredo | | VOUCHER NUMBER | |
|---|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER<br>3:04-030005-001 | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER | |
| 7. IN CASE/MATTER OF (Case Name)<br>U.S. v. Ali | 8. PAYMENT CATEGORY<br>Other | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions)<br>Habeas Corpus | |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.

12. ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix)
    AND MAILING ADDRESS
    Bernard, Joseph D.
    Law Office of Joseph D Bernard
    73 State Street
    Suite 301
    Springfield MA 01103
    Telephone Number: (413) 731-9995

13. COURT ORDER
    [X] O Appointing Counsel          [ ] C Co-Counsel
    [ ] F Subs For Federal Defender   [ ] R Subs For Retained Attorney
    [ ] P Subs For Panel Attorney     [ ] Y Standby Counsel
    Prior Attorney's Name: _____
    Appointment Date: _____
    [ ] Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case,
    or
    [ ] Other (See Instructions)
    _____
    Signature of Presiding Judicial Officer or By Order of the Court
    12/09/2004
    Date of Order                        Nunc Pro Tunc Date
    Repayment or partial repayment ordered from the person represented for this service at time of appointment. [ ] YES [ ] NO

14. NAME AND MAILING ADDRESS OF LAW FIRM (only provide per instructions)
    Law Offices of Joseph D. Bernard, P.C.
    73 State Street
    Suite 301
    Springfield MA 01103

### CLAIM FOR SERVICES AND EXPENSES / FOR COURT USE ONLY

| | CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|---|
| 15. | a. Arraignment and/or Plea | | | | | |
| In Court | b. Bail and Detention Hearings | | | | | |
| | c. Motion Hearings | | | | | |
| | d. Trial | | | | | |
| | e. Sentencing Hearings | | | | | |
| | f. Revocation Hearings | | | | | |
| | g. Appeals Court | | | | | |
| | h. Other (Specify on additional sheets) | | | | | |
| | (Rate per hour = $         ) TOTALS: | | | | | |
| 16. | a. Interviews and Conferences | | | | | |
| Out of Court | b. Obtaining and reviewing records | | | | | |
| | c. Legal research and brief writing | | | | | |
| | d. Travel time | | | | | |
| | e. Investigative and Other work (Specify on additional sheets) | | | | | |
| | (Rate per hour = $         ) TOTALS: | | | | | |
| 17. | Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| 18. | Other Expenses (other than expert, transcripts, etc.) | | | | | |
| | GRAND TOTALS (CLAIMED AND ADJUSTED): | | | | | |

19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE
    FROM _____ TO _____

20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION

21. CASE DISPOSITION

22. CLAIM STATUS   [ ] Final Payment   [ ] Interim Payment Number _____   [ ] Supplemental Payment
    Have you previously applied to the court for compensation and/or remimbursement for this case? [ ] YES [ ] NO  If yes, were you paid? [ ] YES [ ] NO
    Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything or value) from any other source in connection with this representation? [ ] YES [ ] NO  If yes, give details on additional sheets.
    I swear or affirm the truth or correctness of the above statements.
    Signature of Attorney: _____  Date: _____

### APPROVED FOR PAYMENT — COURT USE ONLY

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR/CERT |
|---|---|---|---|---|
| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | | | DATE | 28a. JUDGE / MAG. JUDGE CODE |
| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | | | DATE | 34a. JUDGE CODE |