UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SILFREDO ALI,<br>  Petitioner<br><br>     v.<br><br>STEVEN O'BRIEN, Superintendent<br>of North Central Correctional<br>Institution,<br>  Respondent | )<br>)<br>)<br>)  C.A. No. 04-30005-MAP<br>)<br>)<br>)<br>)<br>) |

SCHEDULING ORDER

January 3, 2005

PONSOR, D.J.

    An answer has now been filed by the respondent to this petition for relief pursuant to 28 U.S.C. § 2254. To the extent that either side wishes to file any dispositive motion, such motion must be filed on or before February 15, 2005 and opposed by March 31, 2005. Following the submissions by counsel, the court will file on the papers or set the matter up for oral argument. To the extent appropriate, either side may request an evidentiary hearing on any material disputed fact.

    It is So Ordered.

                                              /s/ Michael A. Ponsor
                                              MICHAEL A. PONSOR
                                              U. S. District Judge