UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SILFREDO ALI,            )
    Plaintiff         )
                        )
vs.                      )   CIVIL ACTION NO.: 04-CV-30005-MAP
                        )
COMMONWEALTH OF          )
MASSACHUSETTS, et. al.,  )
    Defendants        )

FILED
IN CLERK'S OFFICE

2005 FEB 14  P 4: 05

U.S. DISTRICT COURT
DISTRICT OF MASS.

## MOTION TO AMEND PLEADINGS

The Plaintiff, Silfredo Ali, having duly filed a petition for writ of habeas corpus in the above-entitled action pursuant to 28 U.S.C. §§2254, 2241, and 2242, hereby moves this court, pursuant to Fed. R. Civ. P. Rule 15(a), for leave to file the following amendment to the petition filed in the above-entitled action.

The proposed amendment to the petition is as follows:

1. Petition under 28 U.S.C. §2254—#12(C) should read:
   "Ground three: The Petitioner was denied effective assistance of counsel when his attorney failed to request an additional interpreter to interpret for Mr. Ali during the trial; failed to properly communicate before and after with Mr. Ali; failed to object to severance; and failed to properly prepare for trial."

2. Petition under 28 U.S.C. §2254—#12(D) should read:
   "Ground four: The Petitioner was denied a right to a fair trial when only one interpreter was present for trial and that interpreter translated for both co-defendants during the trial."

This motion is based on the petition for writ of habeas corpus filed with the court, on the papers, records, and files heretofore submitted in the above-entitled action, and on the annexed affidavit of petitioner's attorney.

                                          Respectfully Submitted,
                                          Silfredo Ali
                                          By His Attorney:

                                          _____
                                          Joseph D. Bernard
                                          The Law Offices of Joseph D. Bernard
                                          73 State Street, Suite 301
                                          Springfield, MA 01103
                                          (413) 731-9995
Date:   February 14, 2005                BBO#: 557986

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SILFREDO ALI,<br>　　　Plaintiff | )<br>)<br>) |
| vs. | )　　CIVIL ACTION NO.: 04-CV-30005-MAP<br>) |
| COMMONWEALTH OF<br>MASSACHUSETTS, et. al.,<br>　　　Defendants | )<br>)<br>) |

### AFFIDAVIT OF PETITIONER'S ATTORNEY

1. My name is Joseph D. Bernard and I am the attorney of record for the Petitioner, Silfredo Ali.

2. Upon information and belief, the Petitioner filed a Petition for Writ of Habeas Corpus under 28 U.S.C. §2254 as a *pro se* in the United States District Court for the District of Massachusetts.

3. I was appointed counsel for the Petitioner after the aforementioned petition was filed.

4. After reviewing the transcripts, petition, and speaking with the Petitioner it my belief that the Petitioner's claim to #12(C) in the petition is not clear as to the essence of the Petitioner's underlying claim. Instead, I have drafted a proposed amendment clarifying this ground and placed such proposed amendment in the body of the motion.

5. After reviewing the transcripts, petition, and speaking with the Petitioner it is my belief that an additional ground for relief should be added in the petition under #12(D). I have drafted an addition to the Petitioner's Petition for Writ of Habeas Corpus and placed it in the body of this motion.

6. As the Commonwealth will not suffer any prejudice from the allowance of these amendments I respectfully request this court to grant the aforementioned motion to amend.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

Date:  February 14, 2005

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Joseph D. Bernard

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SILFREDO ALI,<br>    Plaintiff<br><br>vs.<br><br>COMMONWEALTH OF<br>MASSACHUSETTS, et. al.,<br>    Defendants | )<br>)<br>)<br>)   CIVIL ACTION NO.: 04-CV-30005-MAP<br>)<br>)<br>)<br>) |

### CERTIFICATE OF SERVICE

I, Joseph D. Bernard, that the foregoing Motion to Amend Pleadings have been served on Annette C. Benedetto, Assistant Attorney General, Criminal Bureau, One Ashburton Place, Boston, MA 02108 on the date hereof by MAIL.

*[signature]*

Joseph D. Bernard
The Law Offices of Joseph D. Bernard, P.C.
73 State Street, Suite 301
Springfield, MA 01103
(413) 731-9995
BBO#: 557986

Date:   February 14, 2005