UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 MAR -9 P 3:40

U.S. DISTRICT COURT
DISTRICT OF MASS

SILFREDO ALI )
    Petitioner, )
)
v. ) Civil Action No. 04-30005-KPN
)
COMMONWEALTH )
  OF MASSACHUSETTS )
  ET AL., )
)
    Respondents. )

## MOTION TO ENLARGE THE TIME FOR FILING
## A DISPOSITIVE MOTION AND SUPPORTING MEMORANDUM

The respondent in the above-entitled petition for writ of habeas corpus respectfully moves this Court to enlarge the time for filing a dispositive motion and supporting memorandum of law to May 16, 2005.

In support thereof, the respondent's counsel states that she is handling a large caseload of post-conviction cases with competiting litigation deadlines which preclude an earlier filing. The undersigned attorney's litigation responsibilities in the next several weeks include: researching and drafting dispositive memoranda of law on the merits in four complex federal habeas corpus petitions: *Smith v. Ficco*, USDC C.A. No. 02-40092-FDS; *Desrosier v. Bissonnette*, USDC C.A. No. 03-40194-FDS; *Williams v. Bissonnette*, USDC C.A.No. 03-40200-FDS; *Pina v. Maloney*, 02-12441-MEL; researching and drafting an appellate brief for the Massachusetts Appeals Court, *Commonwealth v. Senildo Berroa*, MAC No. 2004-P-1758; filing answers and supplemental answers in two federal habeas petitions, *Lambert v. Thompson*, USDC C.A. 04-12694-DPW and *Pelletier v. Russo*, USDC

2

C.A. No. 05-30014-MAP; and researching and drafting an opposition to a motion for evidentiary hearing and discovery to be filed in *Delgado v. Dennehy*, USDC C.A. No. 04-30124-MAP.

WHEREFOR, for the above-stated reasons, the respondent respectfully moves this Court to enlarge the time for filing a dispositive motion and supporting memorandum of law to May 16, 2005.

THOMAS F. REILLY
ATTORNEY GENERAL

*Annette C. Benedetto*
Annette C. Benedetto
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
BBO No. 037060

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the petitioner's counsel, by first class mail, postage pre-paid, on March 8, 2005, at the following address:

Joseph D. Bernard
The Law Offices of Joseph D. Bernard
73 State Street
Suite 301
Springfield, MA 01103

*Annette C. Benedetto*
Annette C. Benedetto
Assistant Attorney General