FILED
CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2005 MAR -9  P 3: 40

U.S. DISTRICT COURT
DISTRICT OF MASS

SILFREDO ALI )
    Petitioner, )
)
v. ) Civil Action No. 04-30005-KPN
)
COMMONWEALTH )
  OF MASSACHUSETTS )
  ET AL., )
)
    Respondents. )

## AMENDED ANSWER

The respondent, Steven O'Brien, Superintendent of North Central Correctional Institution at Gardner, herein amends his answer to respond to the new averments of the petition for writ of habeas corpus filed by newly appointed counsel for the petitioner and allowed by the Court on March 7, 2005.

The respondent incorporates by reference his prior Answer but adds the following responses in the appropriate sections:

    12C-12D. These averments contains conclusions of law requiring no response. To the extent that the petitioner presents facts, they are denied.

**DEFENSES:**

    4. The petitioner has failed to exhaust state remedies on Grounds Three and Four alleging ineffective assistance of trial counsel and denial of the right to fair trial. 28 U.S.C. § 2254 (b)(1)(A).

                                    Respectfully submitted,

                                      THOMAS F. REILLY
                                      ATTORNEY GENERAL

                                      *Annette C. Benedetto*
                                      Annette C. Benedetto
                                      Assistant Attorney General

2

Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
BBO No. 037060

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the petitioner's counsel, by first class mail, postage pre-paid, on March 8, 2005, at the following address:

Joseph D. Bernard
The Law Offices of Joseph D. Bernard
73 State Street
Suite 301
Springfield, MA 01103

*Annette C. Benedetto*
Annette C. Benedetto
Assistant Attorney General