## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SILFREDO ALI<br>    Petitioner,<br><br>v.<br><br>COMMONWEALTH OF MASSACHUSETTS<br>    ET AL.,<br>    Respondents. | )<br>)<br>)<br>)<br>)     Civil Action No. 04-30005-KPN<br>)<br>)<br>)<br>)<br>) |

### ASSENTED TO MOTION OF THE RESPONDENTS FOR LEAVE TO LATE FILE MOTION TO DISMISS AND SUPPORTING MEMORANDUM

The respondents in the above-captioned matter respectfully move this Court for leave to late file a Motion to Dismiss the Petition for Writ of Habeas Corpus and Supporting Memorandum of Law instanter.

In support thereof, undersigned counsel for the respondents states that the timely completion of the Motion to Dismiss and Supporting Memorandum was hampered by pressing litigation responsibilities in several cases including drafting an appellate brief for the Massachusetts Appeals Court, <u>Commonwealth v. Senildo Berroa</u>, No. 2004-P-1758, and a memorandum on the merits in a federal habeas corpus case, <u>Pina v. Maloney</u>, Civil Action No. 02-12441-MEL.   Petitioner's counsel has assented to this Motion.

WHEREFOR, for the above-stated reasons, the respondents respectfully move this Court for leave to late file a Motion to Dismiss and Supporting Memorandum of Law instanter.

    Respectfully submitted,

    THOMAS F. REILLY
    ATTORNEY GENERAL

2

        **/s/ Annette C. Benedetto**
        **Annette C. Benedetto**
        **Assistant Attorney General**
        **Criminal Bureau**
        **One Ashburton Place**
        **Boston, Massachusetts 02108**
        **BBO No. 037060**
        **(617) 727-2200 Ext. 2855**

**CERTIFICATE OF CONSULTATION**

Pursuant to Local Rule 7.1 (A) (2) , the respondent's attorney spoke with Joseph D. Bernard P.C. on May 20, 2005, and he assented to the motion.

        **/s/ Annette C. Benedetto**
        **Annette C. Benedetto**
        **Assistant Attorney General**