UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SILFREDO ALI )<br>   Petitioner, )<br> )<br>v. )<br> )<br>COMMONWEALTH OF MASSACHUSETTS )<br>   ET AL., )<br>   Respondents. )<br> ) | Civil Action No. 04-30005-KPN |

### RESPONDENTS' MOTION TO DISMISS

In accordance with Rule 11 of the Rules Governing Section 2254 Cases and Rule 12(b)(6) of the Federal Rules of Civil Procedure, the respondents hereby respectfully move to dismiss the petition for a writ of habeas corpus filed by the petitioner, Silfredo Ali. As grounds therefor, the respondents state that Ali failed to properly exhaust his state-court remedies before seeking habeas relief. Specifically, Ali did not present Grounds Three and Four to the state courts as required by 28 U.S. C. § 2254 (b)(1)(A). The present petition therefore should be dismissed. Rose v. Lundy, 455 U.S. 509, 522 (1982). The respondents rely on the accompanying memorandum of law in support of their motion to dismiss.[1]

WHEREFORE, the present motion should be allowed and an order should enter dismissing Ali's petition.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

---

[1] In the event that this motion is not allowed, the respondent respectfully requests forty-five (45) days from receipt of the Court's order denying this motion to file a memorandum in opposition to the petition.

2

/s/ Annette C. Benedetto
Annette C. Benedetto
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
BBO No. 037060

**CERTIFICATE OF CONSULTATION**

Pursuant to Local Rule 7.1 (A) (2), the respondent's attorney certifies that she has conferred with the respondent's counsel and attempted in good faith to resolve or narrow the issues presented in the respondent's motion to dismiss the petition for writ of habeas corpus. The undersigned attorney spoke with Mr. Joseph D. Bernard P.C. on May 20, 2005, and he indicated that he opposed the motion to dismiss.

/s/ Annette C. Benedetto
Annette C. Benedetto
Assistant Attorney General