UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SILFREDO ALI,<br>    Petitioner<br><br>v.<br><br>COMMONWEALTH OF MASSACHUSETTS<br>ET AL.,<br>    Respondents | )<br>)<br>)<br>)   Civil Action No.:<br>)   04-30005-KPN<br>)<br>)<br>) |

### MOTION FOR WRIT OF HABEAS CORPUS

Now comes Joseph D. Bernard, and respectfully moves that this Honorable Court order a Writ of Habeas Corpus be issued to bring the Petitioner, Silfredo Ali, from N.C.C.I Gardner in Gardner, Massachusetts to be present in this court for a Motion to Dismiss on the above-referred matter. The hearing is set to take place on Tuesday, November 29, 2005 at 2:00 p.m. or as soon thereafter as the Court may allow.

                Respectfully Submitted,
                Silfredo Ali
                By His Attorney:

                *Joseph D. Bernard /djr*
                Joseph D. Bernard
                The Law Offices of Joseph D. Bernard, P.C.
                73 State Street, Suite 301
                Springfield, MA  01103
                (413) 731-9995
Date:   November 23, 2005        BBO#:  557986

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SILFREDO ALI,
    Petitioner

v.

COMMONWEALTH OF MASSACHUSETTS
ET AL.,
    Respondents

Civil Action No.:
04-30005-KPN

## CERTIFICATE OF SERVICE

I, Joseph D. Bernard, hereby certify that I served a copy of the foregoing Motion for Writ Habeas Corpus on the Office of the Attorney General, Annette C. Benedetto Assistant Attorney General, Criminal Bureau, One Ashburton Place, Boston, MA 02108 by First class mail on the date hereof.

*Joseph D. Bernard /clj*

Joseph D. Bernard
The Law Offices of Joseph D. Bernard, P.C.
73 State Street, Suite 301
Springfield, MA 01103
(413) 731-9995
BBO#: 557986

Date: November 23, 2005