UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SILFREDO ALI,                )
    Petitioner           )
                             )
            v.           )   C.A. NO. 04-30005-MAP
                             )
STEVEN O'BRIEN,              )
    Respondent           )

MEMORANDUM AND ORDER REGARDING
REPORT AND RECOMMENDATION WITH REGARD TO
RESPONDENT'S MOTION TO DISMISS AND
PETITIONER'S MOTION TO STAY
(Docket Nos. 27, 30 & 34)

January 5, 2006

PONSOR, D.J.

    This is an action pursuant to 28 U.S.C. § 2254 in which Petitioner seeks habeas corpus relief following conviction for cocaine trafficking. Respondent has filed a Motion to Dismiss, and Petitioner has filed a Motion to Stay.

    The motions were referred to Magistrate Judge Kenneth P. Neiman, and on December 1, 2005, he issued his Report and Recommendation, to the effect that the Motion to Stay should be denied and the Motion to Dismiss should be allowed, "unless within thirty days of the adoption of this report and recommendation (should it be adopted) Petitioner drops the unexhausted claims." Dkt. No. 34 at 11 (footnote omitted).

    No objection to this Report and Recommendation has been

filed by Petitioner in accordance with Rule 3(b) of the Rules for United States Magistrates in the United States District Court for the District of Massachusetts.

Upon <u>de</u> <u>novo</u> review, the Report and Recommendation of Magistrate Judge Kenneth P. Neiman dated December 1, 2005 is hereby ADOPTED. Petitioner's Motion to Stay (Docket No. 30) is hereby DENIED, and Respondent's Motion to Dismiss (Docket No. 27) will be ALLOWED on February 10, 2006 unless, on or before that date, Petitioner files an amended petition deleting the unexhausted claims.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U. S. District Judge