UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SILFREDO ALI,<br>    Petitioner | )<br>)<br>) |
| vs. | )    CIVIL ACTION NO.: 04-CV-30005-MAP |
| | ) |
| COMMONWEALTH OF<br>MASSACHUSETTS, et. al.,<br>    Respondents | )<br>)<br>) |

### PETITIONER'S MOTION TO AMEND PLEADINGS BY DELETING UNEXHAUSTED CLAIMS

The Plaintiff, Silfredo Ali, having duly filed a petition for writ of habeas corpus in the above-entitled action pursuant to 28 U.S.C. §§2254, 2241, and 2242, hereby moves this court—pursuant to Fed. R. Civ. P. Rule 15(a) and Judge Michael A. Ponsor's order of January 5th 2006—for leave to delete the unexhausted claims from the petition in the above-entitled action.

The proposed deletion will take the following unexhausted claims out of the Petitioner's Writ of Habeas Corpus:

Ground Three:     "The Petitioner was denied effective assistance of counsel when his attorney failed to request an additional interpreter to interpret for Mr. Ali during the trial; failed to properly communicate before and after with Mr. Ali; failed to object to severance; and failed to properly prepare for trial."

Ground Four:     "The Petitioner was denied a right to a fair trial when only one interpreter was present for trial and that interpreter translated for both co-defendants during the trial."

The Plaintiff has attached an affidavit and exhibits in support of the following motion.

                                        Respectfully Submitted,
                                        Silfredo Ali
                                        By His Attorney:

                                        Joseph D. Bernard
                                        The Law Offices of Joseph D. Bernard, P.C.
                                        73 State Street, Suite 301
                                        Springfield, MA 01103
                                        (413) 731-9995
Date:   January 11, 2006              BBO#: 557986

## Certificate of Service

I, Joseph D. Bernard, certify that the following PETITIONER'S MOTION TO AMEND PLEADINGS BY DELETING UNEXHAUSTED CLAIMS, AFFIDAVIT IN SUPPORT, and ATTACHED EXHIBITS were delivered by MAIL to the Annette Benedetto, Massachusetts Attorney General's Office, Criminal Bureau, One Ashburton Place, Boston, MA 02108, on the date hereof.

                                        Joseph D. Bernard
                                        The Law Offices of Joseph D. Bernard, P.C.
                                        73 State Street, Suite 301
                                        Springfield, MA 01103
                                        (413) 731-9995
Date:   January 11, 2006              BBO#: 557986