UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SILFREDO ALI, )
    Petitioner )
)
vs. )   CIVIL ACTION NO.: 04-CV-30005-MAP
)
COMMONWEALTH OF )
MASSACHUSETTS, et. al., )
    Respondents )

### AFFIDAVIT IN SUPPORT OF PETITIONER'S MOTION TO AMEND PLEADINGS BY DELETING UNEXHAUSTED CLAIMS

Under oath I depose and state:

1. I, Joseph D. Bernard, am the attorney of record for the above-named Petitioner, Silfredo Ali.

2. On or about February 14, 2005, I filed a Motion to Amend the Pleadings in the following matter.

3. On or about May 20, 2005, the Respondent filed a Motion to Dismiss asserting that the amended petition was "mixed" and thus should be dismissed.

4. On June 24, 2005, I filed an Opposition to such motion and moved in the alternative to stay the aforementioned proceedings until the Petitioner's claims were exhausted in state court.

5. On or about November 29, 2005 oral arguments were heard regarding this Motion to Dismiss before United States Magistrate Judge Neiman.

6. On or about December 1, 2005, Judge Neiman issued a Report and Recommendation with Regard to Respondent's Motion to Dismiss and Petitioner's Motion to Stay. On or about January 5, 2006, United States District Court Judge Ponsor issued an order adopting Judge Neiman's Report and Recommendation thereby denying Petitioner's Motion to Stay and allowing Respondent's Motion to Dismiss unless the unexhausted claims are deleted on or before February 10, 2006.

7. The foregoing motion is submitted in compliance with Judge Ponsor's order.

8. The Petitioner respectfully requests the aforementioned claims be deleted and his Writ of Habeas Corpus be allowed to proceed on grounds one and two.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 11TH DAY OF JANUARY, 2006.

_____
Joseph D. Bernard