UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SILFREDO ALI,            )
    Petitioner         )
                       )
        v.             )   C.A. NO. 04-30005-MAP
                       )
STEVEN O'BRIEN,          )
    Respondent         )

MEMORANDUM AND ORDER REGARDING
RESPONDENTS' MOTION TO DISMISS
(Docket No. 27)

February 27, 2006

PONSOR, D.J.

    In order the make the docket clear, and in light of the court's allowance of Petitioner's Motion to Amend his pleadings by deleting unexhausted claims, Respondents' Motion to Dismiss is hereby DENIED. The clerk will set this matter for a status conference to establish a schedule for further proceedings.

    It is So Ordered.

                                  /s/ Michael A. Ponsor
                                  MICHAEL A. PONSOR
                                  U. S. District Judge