UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSET

SILFREDO ALI

V.

CASE NO. CA 04-30005-MAP

STEVEN O'BRIEN

## NOTICE OF HEARING

PLEASE TAKE NOTICE that   A STATUS CONFERENCE   in the above-entitled case has been SET  for APRIL 13, 2006   at   3:00 P.M.  before Michael A. Ponsor, U.S. D.J   In   Courtroom #   1   on the   5th   floor.

SARAH THORNTON
CLERK OF COURT

2/28/06
Date

By: /s/ Elizabeth A. French
Deputy Clerk

Notice sent to:

All counsel of record via mail and electronically

(Notice of Hearing.wpd - 7/99)    [kntchrgcnf.]
    [ntchrgcnf.]