UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SILFREDO ALI )<br>      Petitioner, )<br>)<br>v. )<br>)<br>COMMONWEALTH )<br>  OF MASSACHUSETTS )<br>  ET AL., )<br>)<br>      Respondents. ) | Civil Action No. 04-30005-MAP |

## JOINT MOTION FOR BRIEFING SCHEDULE
## AND POSTPONEMENT OF HEARING

     The parties in the above-captioned petition for writ of habeas corpus, through counsel, respectfully move this Court to establish a briefing schedule for the petitioner to file a memorandum of law on the merits in support of the petition on or before May 8, 2006, and the respondent to file a memorandum of law in opposition to the petition within sixty days thereafter.  The parties also request that the status hearing set for April 13, 2006, be postponed until after memoranda on the merits of the petition are filed.  Respondent's counsel will be out of the state on April 13, 2006, on a long planned family vacation and will file a formal motion for a continuance of the hearing if necessary.

     WHEREFORE, the parties request that the Court establish a briefing schedule for the petitioner to file a memorandum of law on the merits in support of the petition on or before May 8, 2006, and the respondent to file a memorandum of law in opposition to the petition within sixty days thereafter.   The parties also request that the April 13, 2006, status hearing be postponed until after memoranda on the merits are filed.

2

Respectfully submitted,

Silfredo Ali
By His Attorney

/s/ Joseph D. Bernard
Joseph D. Bernard
The Law Offices of Joseph D. Bernard, P.C.
73 State Street
Suite 301
Springfield, MA 01103
(413) 431-9995
BBO No. 55798

For the Respondent
THOMAS F. REILLY
ATTORNEY GENERAL

/s/Annette C. Benedetto
Annette C. Benedetto
Assistant Attorney General
Criminal Bureau
Attorney General's Office
One Ashburton Place,
Boston, MA 02108
617-727-2200
BBO No. 037060

Dated: March 7, 2006