UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2006 MAY -9 P 12: 24

U.S. DISTRICT COU...
...MASS

SILFREDO ALI,
    Plaintiff

vs.

COMMONWEALTH OF
MASSACHUSETTS, et. al.,
    Defendants

CIVIL ACTION NO.:

## MOTION TO EXTEND PERIOD FOR FILING PETITIONER'S BRIEF ONE DAY TO MAY 9, 2006

The Petitioner, Silfredo Ali, respectfully moves this court to extend the period for filing his brief in the above-matter for one day, until May 9, 2006.

Respectfully Submitted,
Silfredo Ali
By His Attorney:

*Joseph D. Bernard /d,/*
Joseph D. Bernard
The Law Offices of Joseph D. Bernard
73 State Street, Suite 301
Springfield, MA 01103
(413) 731-9995
(413) 730-6647 fax
BBO#: 557986

Date: May 9, 2006

### CERTIFICATE OF SERVICE

I, Joseph D. Bernard, that the foregoing Motion to Amend Pleadings have been served on Annette C. Benedetto, Assistant Attorney General, Criminal Bureau, One Ashburton Place, Boston, MA 02108 on the date hereof by MAIL.

*Joseph D. Bernard /d,/*
Joseph D. Bernard
The Law Offices of Joseph D. Bernard, P.C.
73 State Street, Suite 301
Springfield, MA 01103
(413) 731-9995
BBO#: 557986

Date: May 9, 2006