UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

AUG -8 A 11: 57

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| SILFREDO ALI, <br>    Petitioner <br><br> v. <br><br> COMMONWEALTH OF MASSACHUSETTS <br> ET AL., <br>    Respondents | ) <br> ) <br> )    Civil Action No.: <br> )    04-CV-30005 <br> ) <br> ) <br> ) |

### MOTION FOR WRIT OF HABEAS CORPUS

Now comes Joseph D. Bernard, and respectfully moves that this Honorable Court order a Writ of Habeas Corpus to bring the Petitioner, Silfredo Ali, from M.C.C.I Gardner in Gardner, Massachusetts to be present in this court for a hearing on his petition for Writ of Habeas Corpus on the above-referred matter. The hearing is set to take place on Tuesday, October 24, 2006 at 2:30 p.m. or as soon thereafter as the Court may allow.

Respectfully Submitted,
Silfredo Ali
By His Attorney:

*Joseph D. Bernard /djc*

Joseph D. Bernard
The Law Offices of Joseph D. Bernard, P.C.
73 State Street, Suite 301
Springfield, MA  01103
(413) 731-9995
BBO#:  557986

Date: August 7, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SILFREDO ALI, )
    Petitioner )
 )
v. ) Civil Action No:
 ) 04-CV-30005
COMMONWEALTH OF MASSACHUSETTS )
ET AL., )
    Respondents )

### CERTIFICATE OF SERVICE

    I, Joseph D. Bernard, hereby certify that I served a copy of the foregoing Motion for Writ Habeas Corpus on the Office of the Attorney General, Annette C. Benedetto Assistant Attorney General, Criminal Bureau, One Ashburton Place, Boston, MA 02108 by First class mail on the date hereof.

*Joseph D. Bernard /djr*
Joseph D. Bernard
The Law Offices of Joseph D. Bernard, P.C.
73 State Street, Suite 301
Springfield, MA 01103
(413) 731-9995
BBO#: 557986

Date: August 7, 2006