# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies,

and to:   M.C.C.I. GARDNER, GARDNER, MA

YOU ARE COMMANDED to have the body of   SILFREDO ALI      now in your custody, before the United States District Court for the District of Massachusetts, United States  Courthouse, 1550 Main St., U.S. Marshal's Office, 4th Floor, Springfield, Massachusetts on    OCTOBER 24, 2006 , at  2:30 p.m..    for the purpose of    MOTION HEARING

in the case of SILFREDO ALI V.   STEVEN O'BRIEN

CV NUMBER 04-30005-MAP

  And you are to retain the body of said  SILFREDO ALI   while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said SILFREDO ALI   to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with your doings herein.

Dated this  18TH  day of   OCTOBER,  2006     .


PONSOR, D.J.
UNITED STATES DISTRICT JUDGE

                                        SARAH THORNTON
                                        CLERK OF COURT
    SEAL

                                   By:    /s/Elizabeth A. French
                                            Deputy Clerk

(Habeas Writ.wpd - 2/2000)                                        [kwhcap.] or
                                                                  [kwhcat.]