# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SILFREDO ALI )<br>    Petitioner(s) )<br> )<br>    v. )<br> )<br>STEVEN O'BRIEN )<br>    Respondent(s) ) | CIVIL ACTION NO. 3:04-30005 -MAP |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]   **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]   **Decision by the Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   **IT IS  ORDERED AND ADJUDGED**

**JUDGMENT** entered for the respondent Steven O'Brien, against the petitioner Silfredo Ali, pursuant to the court's memorandum and order entered this date, dismissing the petitioner's petition for writ of habeas corpus.

                              **SARAH A. THORNTON**,
                              CLERK OF COURT

Dated:  October 26, 2006          By  /s/ *Maurice G. Lindsay*
                              Maurice G. Lindsay
                              Deputy Clerk

(Civil Judgment re Pet v. Resp3.wpd - 11/98)
     [jgm.]